# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0398
Lower Tribunal No. 2005-CF-000064

_____

JAY ALLAN MYERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

July 22, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Jay Allan Myers, Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED